**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA, MASON CITY DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Sarah<br>First name<br><br>L.<br>Middle name<br><br>Barke<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9290 |  |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

**5.    Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|

708 Milton Ave
Lake Mills, IA 50450
Number, Street, City, State & ZIP Code

Number, Street, City, State & ZIP Code

Winnebago
County

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.**   Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒    Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐    I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐    Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐    I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    Sarah L. Barke _____    Case number *(if known)* _____

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

☐ No.    Go to line 12.

☒ Yes.    Has your landlord obtained an eviction judgment against you?

  ☒    No. Go to line 12.

  ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?                    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?                _____
                                      Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Sarah L. Barke                              Case number *(if known)* _____

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Sarah L. Barke    *Sarah Barke*                _____

Sarah L. Barke                                Signature of Debtor 2

Signature of Debtor 1

Executed on    June 17, 2026    *06/17/26*      Executed on    _____

               MM / DD / YYYY                           MM / DD / YYYY

Debtor 1   Sarah L. Barke                                 Case number *(if known)* _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Larry S. Eide                         Date       June 17, 2026
Signature of Attorney for Debtor                                      MM / DD / YYYY

Larry S. Eide AT0002317
Printed name

Pappajohn Law Firm
Firm name

103 E. State Street, Suite 800
PO Box 1588
Suite 800
Mason City, IA 50402-1588
Number, Street, City, State & ZIP Code

Contact phone     (641) 423-4264            Email address       eide@pappajohnlaw.com

AT0002317 IA
Bar number & State

Certificate Number: 13858-IAN-CC-041054688



13858-IAN-CC-041054688

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 3, 2026, at 9:44 o'clock PM CDT, Sarah L Barke received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Iowa, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 3, 2026                          By:      /s/Nicholas Tribuzzi

                                             Name:   Nicholas Tribuzzi

                                             Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Ackley, Kopecky & Kingery, L.L.P.
Attn: Austin G. Collins
600 Boyson Rd. NE, Suite 200
Cedar Rapids, IA 52402


AEGIS Law
601 S. Lindbergh Blvd
Frontenac, MO 63131


Amanda T. Adams
6165 NW 86th St, Ste 115
Johnston, IA 50131


American Express
PO Box 60189
City of Industry, CA 91716-0189


Angee Booth
c/o Residence Inn
1900 Dodge Road NE
Cedar Rapids, IA 52402


Angela Lynn Stuedemann
Agengy Council Division - Asst. Atty. Ge
1305 Walnut Street, 2nd Floor
Des Moines, IA 50319


Bank of America Mastercard
PO Box 851001
Dallas, TX 75285-1001


Bank of America Visa
PO Box 851001
Dallas, TX 75285-1001


Bradley & Riley PC
Attn: Kevin C. Rigdon
2007 1st Avenue SE
Cedar Rapids, IA 52402


Bradley Kaspar
Pickens, Barnes & Abernathy
1800 First Avenue NE, Suite 200 PO Box 7
Cedar Rapids, IA 52407-4170


Brandon Michael Ryan
1345 S. Jones Blvd.
North Liberty, IA 52317


Brian Bergstom
Shuttleworth & Ingersoll, PLC
2100 Cottage Lane #1703
Cedar Rapids, IA 52403

Brian Malhoit
c/o Shuttleworth & Ingersoll, PLC
115 3rd Street SE, Suite 500 PO Box 2107
Cedar Rapids, IA 52406-2107


Brick Gentry, P.C.
6701 Westown Pkwy #100
West Des Moines, IA 50266


Capital One - Kohls Credit Card
PO Box 7683
San Francisco, CA 94120-7683


Chase Bank Cardmember Services
Freedom Visa Credit Card
PO Box 6294
Carol Stream, IL 60197-6294


Chase Bank Cardmember Services
Freedom Unlimited Visa Credit Card
PO Box 6294
Carol Stream, IL 60197-6294


Chase Bank Cardmember Services
Marriott Bonvoy Visa Credit Card
PO Box 6294
Carol Stream, IL 60197-6294


Christopher Newton
2506 White Eagle Trl SE
Cedar Rapids, IA 52403


Citibank
Visa Best Buy Credit Services
PO Box 6061
Carol Stream, IL 60197-6061


Citibank
Citicards - Simplicity Mastercard
PO Box 6052
Carol Stream, IL 60197-6052


Citibank
Citicards - Diamond Mastercard
PO Box 6052
Carol Stream, IL 60197-6052


Citibank-Home Depo Credit Services
PO Box 6060
Sioux Falls, SD 57117


Clerk of the Iowa Supreme Count
1111 E. Court Ave
Unit 107
Des Moines, IA 50319

Credit Bureau Services of Iowa, Inc.
Re HDH Advisors, LLC
1306 South 7th Street PO Box 180
Oskaloosa, IA 52577-0180


D & D Real Estate Holdings LC
3525 Center Point Rd. NE
Suite B
Cedar Rapids, IA 52402


David R. Tallett
4921 Millbrook Ct. NE
Cedar Rapids, IA 52411


Dennis McMenimen
1672 Skywood Lane
Eagan, MN 55122


Discover Cedar Hotels, LLC
c/o Satyam R. Talati, Esq.
41000 Woodward Ave E, Ste 350
Bloomfield Hills, MI 48304-5092


Discover IT Card
PO Box 6103
Carol Stream, IL 60197-6103


Discover More Card
PO Box 6103
Carol Stream, IL 60197-6103


Donald J. Ryan
2809 Woodland Knoll
Coralville, IA 52241


Eric J. Langston
2506 White Eagle Trl SE
Cedar Rapids, IA 52402


GreenState Credit Union
585 W. Penn Street
PO Box 800
North Liberty, IA 52317-0800


GreenState Credit Union Mastercard
PO Box 37035
Boone, IA 50037-0035


Iowa Office of Civil Rights
6200 Park Avenue, Suite 100
Des Moines, IA 50321-1270


Jason Besler
2447 5th Ave SE
Cedar Rapids, IA 52403

Jeffrey M. Beatty
Linn County Advocate
315 3rd Avenue SE, Suite 209
Cedar Rapids, IA 52401


Langston Legal PLC (AEGIS Law)
c/o Eric J. Langston 222 Third Ave SE
Suite 501, Office 6 Cedar Rapids, IA 524
Cedar Rapids, IA 52401


Linn County Clerk of Court
51 3rd Avenue Bridge
Cedar Rapids, IA 52401


Mark R. Hinshaw, PLC
1200 Valley W Dr Ste 208
West Des Moines, IA 50266


Marriott Business Ethics Dept.
7750 Wisconsin Ave., Dept. 52/924.09
Bethesda, MD 20814


Matthew G. Novak
Pickens, Barnes & Abernathy
1800 First Avenue NE, Suite 200 PO Box 7
Cedar Rapids, IA 52407-4170


Michelle Pitz
1945 Kaylin Ct.
Robins, IA 52328


Molly M. Parker
2325 Hillcrest Drive SE
Cedar Rapids, IA 52403


Molly M. Parker
Shuttleworth & Ingersoll, PLC
115 3rd Street SE, Suite 500 PO Box 2107
Cedar Rapids, IA 52406-2107


Nazette Marner Nathanson & Knoll LLP
615 2nd St SW
Cedar Rapids, IA 52404


O'Flaherty Law
1515 Legacy Circle, Ste 1
Naperville, IL 60563


Pickens, Barnes & Abernathy
1800 1st Avenue NE, Suite 200
PO Box 74170
Cedar Rapids, IA 52407-4170


Pugh Hagan Prahm PLC
425 E. Oakdale Blvd, Ste 201
Coralville, IA 52241

Robin Howrey
100 1st Ave NE #2006
Cedar Rapids, IA 52401


Samuel E. Jones
300 27th St. Dr. SE
Cedar Rapids, IA 52403


Samuel E. Jones
Shuttleworth & Ingersoll, PLC
115 3rd Street SE, Suite 500 PO Box 2107
Cedar Rapids, IA 52406-2107


Sandra Barke
708 Milton Ave
Lake Mills, IA 50450


Shannon K. Archer
c/o Iowa Dept. of Corrections
510 E. 12th St.
Des Moines, IA 50319


Shuttleworth & Ingersoll, PLC
PO Box 2107
Cedar Rapids, IA 52406-2107


Siobhan Briley
c/o Ellis & Winters LLP
4131 Parklane Avenue, Suite 400
Raleigh, NC 27612


Stephanie Hinz
2215 Timber Creek Drive
Marion, IA 52302


Steve Natale
c/o Prominence Hospitality Group
3001 South Mannheim Road
Des Plaines, IL 60018


Synchrony Bank/JCP
PO Box 71719
Philadelphia, PA 19176-1917


Tamra McLaud
1010 19th Street SE
Cedar Rapids, IA 52404


Target Card Services
PO Box 660170
Dallas, TX 75266-0170


Timothy Oberbroeckling
925 26th St SE
Cedar Rapids, IA 52403

Timothy Oberbroeckling
c/o Ausadie Building
845 1st Ave SE
Cedar Rapids, IA 52402


U.S. Bank
PO Box 790408
Saint Louis, MO 63179-0408


Von Maur


Wells Fargo Card Services
PO Box 77053
Minneapolis, MN 55480-7753


Winston & Bryne, P.C.
Attn: Michael G. Byrne
119 - 2nd St. NW
Mason City, IA 50401